UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUVIM SONNIK, | No. 2:18-cv-00366 TLN CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| ALLSTATE INSURANCE CO., et al., | |
| Defendants. | |

On April 15, 2019, pro se plaintiff Sonnik filed a request to dismiss this action, claiming that another individual, Igor Chepel, filed and litigated this action in his name and without his permission. (ECF No. 16.) In light of this development, the court will set a status conference to ascertain whether this action should be dismissed and/or whether any individual has pursued this action under a false identity, which would be a serious abuse of judicial resources and constitute fraud on the court. See In re Levander, 180 F.3d 1114, 1119 (9th Cir. 1999) (holding that "a federal court may amend a judgment or order under its inherent power when the original judgment or order was obtained through fraud on the court."), citing Rule 60(b) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Pro se plaintiff Sonnik and counsel for defendant Allstate Insurance Company shall appear for a status conference on May 22, 2019 at 10:00 a.m. in Courtroom No. 24

1

1  before the Honorable Magistrate Judge Carolyn K. Delaney;

2  2.  Though he is not a named party, the court requests Mr. Chepel's attendance at the

3  status conference to ascertain what role, if any, he has played in this litigation;

4  3.  The Clerk of Court is directed to serve this order on plaintiff Ruvim Sonnik at 4432

5  Kingscote Way, Mather, California, 95655; and

6  4.  The Clerk of Court is also directed to serve this order on Igor Chepel at 3320 Hunter

7  Lane, Carmichael, California, 95608.

8  Dated:  April 29, 2019

9  _____
   CAROLYN K. DELANEY

10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14  2/sonnik0366.status

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2